In re:

**Leroy David Deberry and Linda Hill Deberry**
a/k/a David Deberry, Leroy D Deberry, Linda
Kaye Deberry, Linda Deberry, Linda K Todd
S.S. Nos.: xxx-xx-0775 and xxx-xx-8916
Mailing Address: 10001 Academy Road, Laurinburg, NC 28352-

Case No. 11-80707

Debtors.

# NOTICE TO CREDITORS AND PROPOSED PLAN

The Debtors have filed for relief under Chapter 13 of the United States Bankruptcy Code on April 28, 2011.

The filing automatically stays collection and other actions against the Debtors, Debtors' property and certain co-debtors. If you attempt to collect a debt or take other action in violation of the bankruptcy stay, you may be penalized.

Official notice will be sent to creditors, which will provide the name and address of the Trustee, the date and time of the meeting of creditors, and the deadline for objecting to the plan. The official notice will include a proof of claim form.

A creditor must timely file a proof of claim with the Trustee in order to receive distributions under the plan. The Trustee will mail payments to the address provided on the proof of claim unless the creditor provides another address in writing for payments. If the claim is subsequently assigned or transferred, the Trustee will continue to remit payment to the original creditor until a formal notice of assignment or transfer is filed with the Court.

Attached is a copy of the Debtors' proposed Chapter 13 Plan consisting of 2 documents entitled: (1) Chapter 13 Plan and (2) Ch. 13 Plan - Debts Sheet (Middle). This is the same Plan that has already been filed with the Court.

Dated: May 17, 2011

**LAW OFFICES OF JOHN T. ORCUTT, P.C.**

/s John T. Orcutt
_____
John T. Orcutt
N.C. State Bar No. 10212
Counsel for the Debtors
6616-203 Six Forks Rd.
Raleigh, N.C. 27615
Tel. No. (919) 847-9750

circular.wpt (rev. 5/17/09)

# CH. 13 PLAN - DEBTS SHEET
## (MIDDLE DISTRICT - DESARDI VERSION)

| Date: | 4/20/11 |
|---|---|
| Lastname-SS#: | DeBerry-0075 |

### RETAIN COLLATERAL & PAY DIRECT OUTSIDE PLAN

| | Creditor Name | Sch D # | Description of Collateral |
|---|---|---|---|
| Retain | Scotland County Taxes | 5 | House & Lot |
| | Canady's Pest Control | | Contract |
| | | | |
| | | | |
| | | | |

### SURRENDER COLLATERAL

| Creditor Name | Description of Collateral |
|---|---|
| None | |
| | |
| | |
| | |
| | |

### ARREARAGE CLAIMS

| | Creditor Name | Sch D # | Arrearage Amount | (See †) |
|---|---|---|---|---|
| Retain | Scotland County Taxes | 5 | | ** |
| | Canady's Pest Control | | | ** |
| | | | | ** |
| | | | | ** |
| | | | | ** |
| | None | | | ** |
| | | | | ** |
| | | | | ** |
| | | | | ** |

### REJECTED EXECUTORY CONTRACTS/LEASES

| Creditor Name | Description of Collateral |
|---|---|
| None | |
| | |
| | |
| | |

### LTD - DOT ON PRINCIPAL RESIDENCE & OTHER LONG TERM DEBTS

| | Creditor Name | Sch D # | Monthly Contract Amount | Int. Rate | Adequate Protection | Minimum Equal Payment | Description of Collateral |
|---|---|---|---|---|---|---|---|
| Retain | None | | | N/A | n/a | | |
| | | | | N/A | n/a | | |
| | | | | N/A | n/a | | |
| | | | | N/A | n/a | | |

### STD - SECURED DEBTS @ FMV

| | Creditor Name | Sch D # | FMV | Int. Rate | Adequate Protection | Minimum Equal Payment | Description of Collateral |
|---|---|---|---|---|---|---|---|
| Retain | CACH LLC | 1 | | 5.00 | | | Avoid lien pursuant to 522(f). |
| | CACH LLC | 2 | | 5.00 | | | Avoid lien pursuant to 522(f). |
| | LVNV Funding | 3 | | 5.00 | | | Avoid lien pursuant to 522(f). |
| | Unistates Credit Agency | 6 | | 5.00 | | | Avoid lien pursuant to 522(f). |

### STD - SECURED DEBTS @ 100%

| | Creditor Name | Sch D # | Payoff Amount | Int. Rate | Adequate Protection | Minimum Equal Payment | Description of Collateral |
|---|---|---|---|---|---|---|---|
| Retain | Wells Fargo | 7 | $51,695 | 5.00 | $517 | $1,015.96 | House & Lot |
| | Richmond Acceptance | 4 | $8,000 | 5.00 | $49 | $157.22 | 2001 Honda Accord |
| | | | | 5.00 | | | |
| | | | | 5.00 | | | |
| | | | | 5.00 | | | |

| ATTORNEY FEE (Unpaid part) | Amount |
|---|---|
| Law Offices of John T. Orcutt, P.C | $2,800 |

| SECURED TAXES | Secured Amt |
|---|---|
| IRS Tax Liens | |
| Real Property Taxes on Retained Realty | |

| UNSECURED PRIORITY DEBTS | Amount |
|---|---|
| IRS Taxes | |
| State Taxes | |
| Personal Property Taxes | |
| Alimony or Child Support Arrearage | |

| CO-SIGN PROTECT (Pay 100%) | Int.% | Payoff Amt |
|---|---|---|
| All Co-Sign Protect Debts (See*) | | |

| GENERAL NON-PRIORITY UNSECURED | Amount** |
|---|---|
| DMI= None($0) | None($0) |

### PROPOSED CHAPTER 13 PLAN PAYMENT

$ **$1,244** per month for **60** months, then

$ N/A per month for N/A months.

Adequate Protection Payment Period: **2.40** months.

Sch D # = The number of the secured debt as listed on Schedule D.
Adequate Protection = Monthly 'Adequate Protection' payment amt.
† = May include up to 2 post-petition payments.
* Co-sign protect on all debts so designated on the filed schedules.
** = Greater of DMI x ACP or EAE    (Page 4 of 4)
Ch13Plan_MD_(DeSardi Version 1/12/10) © LOJTO

### Other Miscellaneous Provisions
Plan to allow for 3 "waivers".

# CERTIFICATE OF SERVICE

I, Kaelyn McCollum, the undersigned, certifies that a copy of the foregoing **NOTICE TO CREDITORS AND PROPOSED PLAN** was served by automatic electronic noticing upon the following Trustee:

Richard M. Hutson, II
Chapter 13 Trustee

and was also served by first class U.S. mail, postage prepaid, to the following parties at their respective addresses:

**All the creditors set forth on the mailing matrix filing in this case.**

/s Kaelyn McCollum
Kaelyn McCollum

Employment Security Commission
Attn: Benefit Payment Control
Post Office Box 26504
Raleigh, NC 27611-6504

NC Department of Revenue
c/o Reginald S. Hinton
Post Office Box 25000
Raleigh, NC 27640-5000

Chase
Post Office Box 15298
Wilmington, DE 19850-5298

Credit Bureau
Post Office Box 26140
Greensboro, NC 27402

AT&T Mobility
Post Office Box 772349
Ocala, FL 34477-2349

Chase Cardmember Service
Post Office Box 15298
Wilmington, DE 19850-5298

NC Child Support
Centralized Collections
Post Office Box 900006
Raleigh, NC 27675-9006

Bank of America
ATTN: Billing Inquiries
Post Office Box 15026
Wilmington, DE 19850-5026

Collection Company of America
700 Lonwater Drive
Norwell, MA 02061-1624

Equifax Information Systems LLC
P.O. Box 740241
Atlanta, GA 30374-0241

Beneficial
Post Office Box 3425
Buffalo, NY 14240-9733

Credit Bureau of Greensboro
Post Office Box 26140
Greensboro, NC 27402-0040

Experian
P.O. Box 2002
Allen, TX 75013-2002

Branch Banking & Trust Company
Attn: Mr. Jack R. Hayes
Post Office Box 1847
Wilson, NC 27894-1847

Credit Control Corporation
11821 Rock Landing Drive
Mojack Building
Newport News, VA 23606

Trans Union Corporation
P.O. Box 2000
Crum Lynne, PA 19022-2000

CACH, LLC
4340 S Monaco St Unit 2
Denver, CO 80237-3408

GCS Radiology PC
c/o OAC
Post Office Box 371100
Milwaukee, WI 53237-2200

ChexSystems
Attn: Consumer Relations
7805 Hudson Road, Ste. 100
Woodbury, MN 55125

CACH, LLC
4340 S Monaco St Unit 2
Attn: Managing Agent
Denver, CO 80237-3408

GE Money Bank
Bankruptcy Dept.
Post Office Box 103104
Roswell, GA 30076-3104

Internal Revenue Service (ED)**
Post Office Box 7346
Philadelphia, PA 19101-7346

Canady's Termite & Pest Control
Post Office Box 1693
Laurinburg, NC 28353

GMAC
c/o Tate & Kirlin Associates
2810 Southampton Road
Philadelphia, PA 19154-1207

US Attorney's Office (ED)**
310 New Bern Avenue
Suite 800, Federal Building
Raleigh, NC 27601-1461

Charlotte Radiology
Post Office Box 30488
Charlotte, NC 28230

Home QSR
Post Office Box 13716
Sacramento, CA 95853

| | | |
|---|---|---|
| IC Systems, Inc.<br>444 Highway 96 East<br>Post Office Box 64887<br>Saint Paul, MN 55164-0887 | National Finance Company<br>1419 South Main Street<br>Laurinburg, NC 28352 | Sandhills Regional Medical Center<br>c/o Capio Partners<br>2222 Texoma Parkway<br>Suite 150<br>Sherman, TX 75090 |
| Internal Revenue Service<br>Post Office Box 7346<br>Philadelphia, PA 19101-7346 | North Carolina Department of Revenue<br>c/o NC Department of Justice<br>Post Office Box 629<br>Raleigh, NC 27602-0629 | Scotland County Tax Collector<br>Post Office Box 488<br>Laurinburg, NC 28352-0488 |
| Lenscrafters<br>c/o GE Money Bank Bankruptcy Dept.<br>Post Office Box 103106<br>Roswell, GA 30076 | North Carolina Department of Revenue<br>c/o Reginald S. Hinton<br>Post Office Box 25000<br>Raleigh, NC 27640-5000 | Sears<br>133200 Smith Road<br>Cleveland, OH 44130 |
| Livingston Financial LLC<br>800 Brooksedge Boulevard<br>Westerville, OH 43081 | North Carolina Dept of Revenue<br>Post Office Box 1168<br>Raleigh, NC 27602-1168 | Shapiro & Ingle, LLP, Attorneys<br>10130 Perimeter Parkway, Ste 400<br>Attn: Managing Agent<br>Charlotte, NC 28216 |
| Lowe's<br>Post Office Box 981064<br>El Paso, TX 79998-1064 | North Carolina Employment Security Commission<br>Post Office Box 26504<br>Raleigh, NC 27611-6504 | Stern and Associates. PA<br>415 North Edgeworth Street<br>Suite #210<br>Greensboro, NC 27401 |
| LVNV Funding<br>c/o Sessoms & Rogers<br>Attn: Managing Agent<br>Post Office Box 52508<br>Durham, NC 27717 | Pinehurst Surgical Clinic<br>35 Memorial Drive<br>Pinehurst, NC 28374 | The Law Offices of John T. Orcut<br>6616-203 Six Forks Road<br>Raleigh, NC 27615 |
| LVNV Funding, LLC<br>P.O. Box 740281<br>Houston, TX 77274 | Richmond Acceptance<br>Post Office Box 1146<br>Rockingham, NC 28380 | Unistates Credit Agency<br>Attn: Managing Agent<br>2908 Wherle Drive, Suite #1<br>Buffalo, NY 14221 |
| Malboro Chesterfield Pathology<br>c/o George Brown & Associates<br>2200 Crownpoint Executive Drive<br>Charlotte, NC 28227-7754 | Richmond Acceptance Corporation<br>Attn: Managing Agent<br>Post Office Box 1146<br>Rockingham, NC 28380-1146 | US Attorney's Office<br>Middle District<br>Post Office Box 1858<br>Greensboro, NC 27502-1858 |
| Mid Carolina Radiology<br>Post Office Box 1007<br>Sanford, NC 27331-1007 | Sandhills Regional Medical Center<br>c/o Paragn Revenue Group<br>216 Le Phillip Court NE<br>Concord, NC 28025-2954 | Wells Fargo Home Mortgage<br>Post Office Box 10335<br>Attn: Managing Agent<br>Des Moines, IA 50306 |