# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
### DURHAM DIVISION

IN RE:

LEROY DAVID DEBERRY AKA DAVID
DEBERRY AKA LEROY D DEBRRY
LINDA HILL DEBERRY AKA LINDA
KAYE DEBERRY AKA LINDA
DEBERRY AKA LINDA K TODD

**11-80707
CHAPTER 13**

## OBJECTION TO CONFIRMATION

**COMES NOW** Wells Fargo Bank, NA, by and through undersigned Counsel, and hereby objects to the confirmation of the Debtors' plan. The objection is supported as follows:

1. The Debtors Leroy David Deberry aka David Deberry aka Leroy D Debrry and Linda Hill Deberry aka Linda Kaye Deberry aka Linda Deberry aka Linda K Todd, filed their Chapter 13 bankruptcy on April 28, 2011, in the Middle District of North Carolina, Durham Division.

2. The petition lists Wells Fargo Bank, NA as having a secured claim on the Debtors' real property located at 10001 Academy Rd, Laurinburg, NC 28352.

3. Wells Fargo Bank, NA has filed a Proof of Claim, dated May 6, 2011, listing a total debt claim of $59,073.43.

4. Pursuant to the terms of the Note, the loan will mature during the life of the plan.

5. Failure to provide for payment in full of Wells Fargo Bank, NA's secured claim, payment of the post-petition taxes, and payment of the post-petition insurance provides grounds to deny the confirmation of the Debtors' Plan.

6. Wells Fargo Bank, NA objects as the plan fails to comply with the provisions of 11 U.S.C. Sec. 1325.

**WHEREFORE,** Wells Fargo Bank, NA prays the Court grant the following relief:

1.  Modify the plan to provide for payment of the total debt claim of $59,073.43 due to Wells Fargo Bank, NA in the Debtors' Plan, provide for payment of the post-petition taxes, and provide payment of the post-petition insurance.

2.  In the alternative, deny confirmation of the Debtors' Plan for failure to account for the arrears due to Wells Fargo Bank, NA;

3.  Grant Wells Fargo Bank, NA's attorney's fees of $300 for this Objection;

4.  In the alternative, dismiss the Debtors' Chapter 13 Petition;

5.  For such other and further relief as this Court deems just and proper.

This the 29th day of June, 2011

<div style="margin-left:40%">

*S/ Kimberly A. Sheek*
Kimberly A. Sheek
N.C. State Bar No.: 34199
Attorney for Creditor
Wells Fargo Bank, NA
SHAPIRO & INGLE, L.L.P.
10130 Perimeter Parkway, Suite 400
Charlotte, NC 28216
704/333-8107

</div>

08-102861

<div align="center">

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF NORTH CAROLINA**
**DURHAM DIVISION**

</div>

**IN RE:**

**LEROY DAVID DEBERRY AKA DAVID**
**DEBERRY AKA LEROY D DEBRRY**
**LINDA HILL DEBERRY AKA LINDA**
**KAYE DEBERRY AKA LINDA**
**DEBERRY AKA LINDA K TODD**

**11-80707**
**CHAPTER 13**

<div align="center">

NOTICE

</div>

**TAKE NOTICE** that an objection has been filed by Wells Fargo Bank, NA. A copy of the objection accompanies this notice.

**TAKE FURTHER NOTICE** that a hearing will be held on this objection. The Court will conduct a hearing and provide notice of the time, date and place of hearing.

Dated the 29th day of June, 2011.

*S/ Kimberly A. Sheek*
Kimberly A. Sheek
N.C. State Bar No.: 34199
Attorney for
Wells Fargo Bank, NA
SHAPIRO & INGLE, L.L.P.
10130 Perimeter Parkway, Suite 400
Charlotte, NC 28216
(704) 333-8107

Address of Court:

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
### DURHAM DIVISION

IN RE:

LEROY DAVID DEBERRY AKA DAVID
DEBERRY AKA LEROY D DEBRRY
LINDA HILL DEBERRY AKA LINDA
KAYE DEBERRY AKA LINDA
DEBERRY AKA LINDA K TODD

**11-80707
CHAPTER 13**

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served the foregoing and annexed pleading or paper upon:

(Served via U.S. Mail)
Leroy David Deberry and Linda Hill Deberry
10001 Academy Rd
Laurinburg, NC 28352

(Served via Electronic Notification Only)
John T. Orcutt
6616-203 Six Forks Road
Raleigh, NC 27615

(Served via Electronic Notification Only)
Richard M. Hutson, II
302 East Pettigrew St., Suite B-140
P.O. Box 3613
Durham, NC 27702

by depositing the same in a postpaid wrapper properly addressed to each such party or his attorney of record in a post office or other official depository under the exclusive care and custody of the United States Postal Service or by electronic mail, if applicable.  Any party that can be served by electronic mail will receive no other form of notice.

This the 29th day of June, 2011.

*S/ Kimberly A. Sheek*
Kimberly A. Sheek
N.C. State Bar No.: 34199
SHAPIRO & INGLE, L.L.P.
10130 Perimeter Parkway, Suite 400
Charlotte, NC 28216
(704) 333-8107

08-102861